FILED
July 24, 2009
JUL 24 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AUSA Dylan Smith (312) 469-6305

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 09 CR 634 |
| v. ) | |
| ) | Magistrate Judge Morton Denlow |
| JEFFREY EDWARDS ) | |

## AFFIDAVIT IN REMOVAL PROCEEDING

I, BRENT MORAN, personally appearing before United States Magistrate Judge MORTON DENLOW and being duly sworn on oath, state that as a federal law enforcement officer I have been informed that JEFFREY EDWARDS (hereinafter "Edwards"), has been charged with a violation of supervised release in the Northern District of Indiana.

I have been informed through official channels that a warrant for the arrest of Edwards has been issued for the alleged violation of supervised release. A copy of the arrest warrant is attached.

BRENT MORAN
Deputy U.S. Marshal
United States Marshals Service

SUBSCRIBED AND SWORN to before me this 24th day of July, 2009.

MORTON DENLOW
United States Magistrate Judge

AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### Northern District of Indiana

| United States of America | ) | |
| v. | ) | Case No. 2:06 CR 238 |
| JEFFERY EDWARDS | ) | |
| | ) | |
| Defendant | ) | |

Received-USMS

JUL 08 2009

Hammond, In

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JEFFERY EDWARDS

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☑ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
18:3606 VIOLATION OF CONDITIONS OF SUPERVISION

Date: 07/08/2009

*Issuing officer's signature*

City and state: HAMMOND INDIANA

STEPHEN R LUDWIG, CLERK
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*